UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> c/o United States<br> Attorney's Office,<br> District of Columbia,<br> 555 4th Street, N.W.,<br> Washington, D.C. 20530,<br><br>          Plaintiff,<br><br>     v.<br><br><br>KELLY M. HOWARD,<br> 15061 Cherrydale Drive,<br> Dale City, VA 22193,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2249 JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR EXTENSION OF TIME TO SERVE THE COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), defendant hereby moves to extend the time for serving the complaint in this action for sixty days, to June 13, 2008.  As good cause, undersigned counsel (Fred E. Haynes) states that plaintiff has been unable to locate defendant in order to serve her.  Plaintiff has located the individual who was in the automobile at the time of the accident giving rise to this action.  That person has refused to provide plaintiff with defendant's current address, stating that she would give undersigned counsel's telephone number to defendant so that defendant could call undersigned counsel if she wanted to do so.  She apparently did not, since undersigned counsel has not received a telephone call.  The additional time is needed so that plaintiff can depose the passenger in the car (after obtaining

the permission of this Court to do so). Attached is a draft order

reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
          /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
UNITED STATES OF AMERICA,           )
   c/o United States                )
   Attorney's Office,               )
   District of Columbia,            )
   555 4th Street, N.W.,            )
   Washington, D.C. 20530,          )
                                    )
           Plaintiff,               )
                                    )
      v.                            )
                                    )   Civil Action No. 07-2249 JDB
                                    )
KELLY M. HOWARD,                    )
   15061 Cherrydale Drive,          )
   Dale City, VA 22193,             )
                                    )
           Defendant.               )
                                    )
```

<u>ORDER</u>

UPON CONSIDERATION of the motion filed by defendant for an extension of the time within which to make service of the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the time within which plaintiff may make service of the complaint is extended to June 13, 2008.

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on this 11th day of April, 2008, a copy of the foregoing motion for extension of the time within which service of the complaint can be made was served on plaintiff by first-class mail, postage prepaid, to the following address:

> Ms. Kelly M. Howard
> 15061 Cherrydale Drive
> Dale City, VA 22193

(It appears that Ms. Howard no longer lives at this address, but this is the only address for her that plaintiff currently has.)

> /s/
> FRED E. HAYNES, D.C. BAR #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201