```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>      Plaintiff,<br><br>  v.<br><br>KELLY M. HOWARD,<br>  15061 Cherrydale Drive,<br>  Dale City, VA 22193,<br><br>      Defendant. | Civil Action No. 07-2249 JDB |

FINAL MOTION FOR EXTENSION OF TIME TO SERVE THE COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), defendant hereby moves to further extend the time for serving the complaint in this action to August 13, 2008. As good cause, undersigned counsel (Fred E. Haynes) states that plaintiff has been unable to locate defendant in order to serve her. Plaintiff has located the individual who was in the automobile at the time of the accident giving rise to this action. That person has refused to provide plaintiff with defendant's current address, stating that she would give undersigned counsel's telephone number to defendant so that defendant could call undersigned counsel if she wanted to do so. She apparently did not, since undersigned counsel has not received a telephone call. As explained in the previous motion for an extension of time to serve the complaint, the additional time is

needed so that plaintiff can depose the passenger in the car (after obtaining the permission of this Court to do so). Due to the heavy press of other litigation responsibilities, undersigned counsel needs the additional time to complete this process.

Attached is a draft order reflecting the requested relief.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, DC Bar #498610
>United States Attorney
>
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney
>         /s/
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>       Plaintiff,<br><br>   v.<br><br>KELLY M. HOWARD,<br>  15061 Cherrydale Drive,<br>  Dale City, VA 22193,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-2249 JDB |

<u>ORDER</u>

UPON CONSIDERATION of the motion filed by defendant for an extension of the time within which to make service of the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the time within which plaintiff may make service of the complaint is extended to August 13, 2008.

                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2008, a copy of the foregoing motion for extension of the time within which service of the complaint can be made was served on plaintiff by first-class mail, postage prepaid, to the following address:

>    Ms. Kelly M. Howard
>    15061 Cherrydale Drive
>    Dale City, VA 22193

(It appears that Ms. Howard no longer lives at this address, but this is the only address for her that plaintiff currently has.)

>                    /s/
>    FRED E. HAYNES, D.C. BAR #165654
>    Assistant United States Attorney
>    555 4th Street, N.W., Room E-4110
>    Washington, D.C. 20530
>    (202) 514-7201