```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  c/o United States<br>  Attorney's Office,<br>  District of Columbia,<br>  555 4th Street, N.W.,<br>  Washington, D.C. 20530,<br><br>      Plaintiff,<br><br>  v.<br><br>KELLY M. HOWARD,<br>  15061 Cherrydale Drive,<br>  Dale City, VA 22193,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-2249 JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff, the United States of America, hereby dismisses this action. Defendant has not filed an answer or motion for summary judgment.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                      /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., Room E-4110
                              Washington, D.C. 20530
                              (202) 514-7201

CERTIFICATE OF SERVICE

    I certify that on this 12th day of August, 2008, a copy of the foregoing notice of dismissal was served on plaintiff by first-class mail, postage prepaid, to the following address:

        Ms. Kelly M. Howard
        15061 Cherrydale Drive
        Dale City, VA 22193

(It appears that Ms. Howard no longer lives at this address.)

                /s/
        FRED E. HAYNES, D.C. BAR #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        (202) 514-7201